IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CARL JOHNSON,

        *Petitioner,*

v.

KEVIN RANSOM, et al.,

        *Respondents.*

CIVIL ACTION
NO. 19-2694

## ORDER

AND NOW this 16th day of June, 2021, upon consideration of Carl Johnson's Petition for Writ of Habeas Corpus (ECF 1), Respondents' Response (ECF 9), Petitioner's Reply (ECF 12), the Report and Recommendation of United States Magistrate Judge Thomas J. Reuter (ECF 13), Petitioner's Objections (ECF 15), Respondents' Response (ECF 18) and Petitioner's Reply in support of his objections (ECF 21), it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The Petition for a Writ of Habeas Corpus is **DENIED** and **DISMISSED** with prejudice;

3. No certificate of appealability shall issue; and

4. This case shall be **CLOSED** for statistical purposes.

BY THE COURT:

      */s/ Gerald J. Pappert*
      GERALD J. PAPPERT, J.